IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**NICKARLOS ANTWAN BANKS**
**ADC #106872**                                                                                                          **PETITIONER**

v.                                 5:14CV00048 BSM

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                             **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 15th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE