# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

NICKARLOS ANTWAN BANKS
ADC #106872                                                                                           PETITIONER

VS.                             5:14CV00048 BSM/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                                        RESPONDENT

## RECOMMENDED PARTIAL DISPOSITION

The following Recommended Partial Disposition ("Recommendation") has been sent to Chief United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

Mail any objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## I. Discussion

On April 9, 2015, Petitioner, Nickarlos Antwan Banks, moved to stay this § 2254 action pending the outcome of his pending Rule 37 appeal in the Arkansas Supreme Court, *Banks v. State*, No. CR 15-8 . *Doc. 13*.

On October 8, 2015, the Arkansas Supreme Court dismissed Banks's appeal for lack of jurisdiction, holding that Banks's Rule 37 action was untimely. *Banks v. State*, 2015 Ark. 368, 2015 WL 5895392 (2015) (per curiam). On December 17, 2015, the Court denied Banks's request for rehearing, and the appellate mandate issued on December 22, 2015. *See* docket in Ark. Sup Ct. No. CR 15-8 (available online at https://caseinfo.aoc.arkansas.gov).

Because of the final disposition of Banks's Rule 37 appeal, his requested stay is moot.

## II. Conclusion

IT IS THEREFORE RECOMMENDED that Petitioner's Motion to Stay (*doc. 13*) be DENIED, AS MOOT.

Dated this 5th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE