# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**NICKARLOS ANTWAN BANKS**                                            **PETITIONER**
**ADC #106872**

**v.**                      **CASE NO. 5:14CV00048 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED that petitioner Nickarlos Banks's motion to stay [Doc. No. 13] is denied as moot.

IT IS SO ORDERED this 25th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE