IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**NICKARLOS ANTWAN BANKS**                                                               **PETITIONER**
**ADC #106872**

v.                                    **CASE NO. 5:14CV00048 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## JUDGMENT

Consistent with the order entered separately today, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE